DANIEL J. BRODERICK, Bar #89424
Federal Defender
MICHAEL PETRIK, Jr., Bar #177913
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:11-cr-00206 KJM |
| ) | |
| Plaintiff, ) | ORDER |
| ) | |
| v. ) | Date: July 28, 2011 |
| ) | Time: 10:00 a.m. |
| KIRBY ALLEN REYNOLDS, ) | Judge: Hon. Kimberly J. Mueller |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter came before the Court for status conference on July 28, 2011. The parties agreed to set another status conference on August 4, 2011, at 10:00 a.m. The parties agreed that the Court should exclude time under the Speedy Trial Act up to and including August 4, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4, to allow counsel for the defense time to research issues raised by discovery previously produced, and to confer with Mr. Reynolds, regarding preparation of his defense.

The parties agreed that the ends of justice served by excluding time to allow counsel for the defense time to research issues raised by

1

discovery previously produced, and to confer with Mr. Reynolds, outweigh the best interest of the public and the defendant in a speedy trial.

Good cause appearing therefor,

The Court specifically finds that the failure to grant a continuance in this case and exclude time under the Speedy Trial Act would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

**IT IS ORDERED** that a status conference is set for August 4, 2011, at 10:00 a.m.

**IT IS FURTHER ORDERED** that the time period from July 28, 2011, up to and including August 4, 2011, is excluded from computation of time within which the trial of this matter must be commenced, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4, to allow counsel for the defense reasonable time to prepare taking into account the exercise of due diligence. The ends of justice served by the exclusion of time outweigh the best interest of the public and the defendant in a speedy trial.

Dated: August 1, 2011.

_____
UNITED STATES DISTRICT JUDGE