1   BENJAMIN B. WAGNER
    United States Attorney
2   WILLIAM S. WONG
    Assistant U. S. Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA  95814
4   Telephone:  (916) 554-2700

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          2:11-CR-00206-KJM

12            Plaintiff,                PRELIMINARY ORDER OF
                                        FORFEITURE
13       v.

14   KIRBY ALLEN REYNOLDS,
         aka Kirby Alan Reynolds,
15
             Defendant.
16

17

18       Based upon the entry of guilty plea to Count One in the Indictment, charging him with Felon in

19   Possession of a Firearm in violation of 18 U.S.C. § 922(g)(1), it is hereby ORDERED, ADJUDGED,

20   AND DECREED as follows:

21       1.      Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), defendant Kirby Allen

22   Reynolds' interest in the following property shall be condemned and forfeited to the United States of

23   America, to be disposed of according to law:

24           a.      One Amadeo Rossi, model M971, .357 caliber revolver, serial number F097979.

25       2.      The above-listed property constitutes a firearm involved in or used in a knowing violation

26   of 18 U.S.C. § 922(g)(1).

27   /////

28   /////

                                            1
                                                              Preliminary Order of Forfeiture

3.      Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property.  The aforementioned property shall be seized and held by the Bureau of Alcohol, Tobacco, Firearms and Explosives, in its secure custody and control.

4.      a.      Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b.      This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from the receipt of direct written notice, whichever is earlier.

5.      If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), in which all interests will be addressed.

SO ORDERED THIS 26th day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE

2

Preliminary Order of Forfeiture