BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:11-CR-00206-KJM |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| KIRBY ALLEN REYNOLDS,<br>      aka Kirby Alan Reynolds, | |
| Defendant. | |

WHEREAS, on September 26, 2012, this Court entered a Preliminary Order of Forfeiture

pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), based upon the guilty plea

entered by defendant Kirby Allen Reynolds to Count One in the Indictment charging him with Felon in

Possession of a Firearm in violation of 18 U.S.C. § 922(g)(1), forfeiting to the United States the

following property:

a.      One Amadeo Rossi, model M971, .357 caliber revolver, serial number F097979.

AND WHEREAS, beginning on September 28, 2012, for at least 30 consecutive days, the United

States published notice of the Court's Order of Forfeiture on the official internet government forfeiture

site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the

Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the

validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.      A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Kirby Allen Reynolds.

2.      All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.      The Bureau of Alcohol, Tobacco, Firearms and Explosives shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 13th day of February, 2013.

_____
UNITED STATES DISTRICT JUDGE